McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2723

Attorneys for Plaintiff
United States of America

FILED
OCT 09 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   2:07-cv-02103-MCE-EFB
                                     )
        Plaintiff,                   )   ORDER REGARDING CLERK'S
                                     )   ISSUANCE OF WARRANT FOR ARREST
     v.                              )   OF ARTICLES *IN REM*
                                     )
APPROXIMATELY $8,200.00 IN           )
U.S. CURRENCY,                       )
                                     )
        Defendant.                   )
_____)

   WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on October 5, 2007, in the United States District Court for the Eastern District of California, alleging that the defendant approximately $8,200.00 in U.S. Currency (hereafter "defendant currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(6) for one or more violations of 21 U.S.C. § 841 *et seq.*;

   And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Jon Black, there is probable cause to believe that the defendant currency so

1

1 | described constitutes property that is subject to forfeiture for
2 | such violation(s), and that grounds for issuance of a Warrant for
3 | Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of
4 | the Supplemental Rules for Admiralty or Maritime Claims and Asset
5 | Forfeiture Actions;
6 |     IT IS HEREBY ORDERED that the Clerk for the United States
7 | District Court, Eastern District of California, shall issue a
8 | Warrant for Arrest of Articles *In Rem* for the defendant currency.
9 | Dated: 10/9/07

KIMBERLY J. MUELLER
United States Magistrate Judge