McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-cv-02103-MCE-EFB |
| Plaintiff, | APPLICATION AND ORDER FOR PUBLICATION |
| v. | |
| APPROXIMATELY $8,200.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.  Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;

2.  Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

3.  The defendant approximately $8,200.00 in U.S. Currency

1

1  was seized in the city of Antelope, in Sacramento County,
2  California.  The DEA published notice of the nonjudicial
3  forfeiture of the defendant currency on June 18, 25, and July 2,
4  2007 in the <u>Wall Street Journal</u>.
5       4.   Plaintiff proposes that publication be made as follows:
6            a.   One publication;
7            b.   In the following newspaper, a legal newspaper of
8  general circulation, located in the county in which the defendant
9  currency was seized: <u>The Daily Recorder</u>;
10           c.   The publication is to include the following:
11                (1)  The Court, title and number of the action;
12                (2)  The date of the arrest/seizure;
13                (3)  The identity and/or description of the
14 property arrested/seized;
15                (4)  The name, address, and telephone number of
16 the attorney for the Plaintiff;
17                (5)  A statement that claims of persons entitled
18 to possession or claiming an interest pursuant to Supplemental
19 Rule G(5) must be filed with the Clerk and served on the attorney
20 for the Plaintiff within 30 days after the date of publication;
21                (6)  A statement that answers to the Complaint or
22 a motion under Rule 12 of the Federal Rules of Civil Procedure
23 ("Fed. R. Civ. P.") must be filed and served within 20 days after
24 the filing of the claims and, in the absence thereof, default may
25 be entered and condemnation ordered;
26                (7)  A statement that applications for
27 intervention under Fed. R. Civ. P., Rule 24 by persons claiming
28 maritime liens or other interests shall be filed within the 30

days allowed for claims for possession; and

        (8)  The name, address, and telephone number of the U.S. Marshal and/or Department of Treasury.

Dated: Oct. 5, 2007        McGREGOR W. SCOTT
                              United States Attorney


                              /s/ Kristin S. Door
                              KRISTIN S. DOOR
                              Assistant United States Attorney


**ORDER**

THE ABOVE APPLICATION IS APPROVED AND SO ORDERED.

Dated: October 12, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3