```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   2:07-cv-02103 MCE EFB
                                 )
12            Plaintiff,         )   DEFAULT JUDGMENT AND FINAL
                                 )   JUDGMENT OF FORFEITURE
13       v.                      )
                                 )
14  APPROXIMATELY $8,200.00 IN   )
    U.S. CURRENCY,               )
15                               )
              Defendant.         )
16  _____)
```

   This matter came on before the Honorable Magistrate Judge Kimberly J. Mueller on plaintiff United States' *ex parte* motion for default judgment.  There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant currency to oppose plaintiff's motion.  The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted.  Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is

   ORDERED, ADJUDGED AND DECREED:

   1.  The Magistrate Judge's Findings and Recommendations are adopted herein.

1    2.   Monica Galindo and Greg Harris are held in default;
2    3.   A judgment by default is hereby entered against any
3 right, title or interest of Monica Galindo and Greg Harris in the
4 defendant currency referenced in the above-caption;
5    4.   A final judgment is hereby entered, forfeiting all
6 right, title and interest in the defendant currency to the United
7 States of America, to be disposed of according to law.
8    5.   All parties shall bear their own costs and attorneys'
9 fees.
10   IT IS SO ORDERED.

Dated: July 28, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE